UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAKRIS, THERESA | § | Case No. 14-12576 KRM |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 303,592.00                         Assets Exempt: 6,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,026.45          Claims Discharged
                                                      Without Payment:  64,019.56

Total Expenses of Administration:  7,235.72

---

3) Total gross receipts of $ 12,262.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,262.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 610,168.00 | $ 2,119.12 | $ 2,119.12 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,235.72 | 7,235.72 | 7,235.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,089.00 | 7,809.01 | 7,809.01 | 5,026.45 |
| **TOTAL DISBURSEMENTS** | $ 675,257.00 | $ 17,163.85 | $ 17,163.85 | $ 12,262.17 |

4) This case was originally filed under chapter 7 on 10/27/2014 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2017                By:/s/ANGELA WELCH , TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account No.***415 Wells Fargo-This is deb | 1129-000 | 128.03 |
| Savings Account No.***541 Wells Fargo-This is debt | 1129-000 | 883.99 |
| Checking Account No.***652 Wells Fargo-This is deb | 1129-000 | 203.04 |
| Savings Account No.***785 Wells Fargo-This is debt | 1129-000 | 12.12 |
| 2005 Jeep Grand Cherokee This vehicle is Debtor's | 1129-000 | 4,534.99 |
| Other Litigation/Settlements | 1249-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,262.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T PO BOX 1847 WILSON, NC 27894 | | 7,700.00 | NA | NA | 0.00 |
| | BB&T PO BOX 2027 GREENVILLE, SC 29602 | | 301,234.00 | NA | NA | 0.00 |
| | COUNTRY OAK ESTATES HOA INC. C/O CITADEL PROPERTY MGMT GROUP INC. 40347 US 19 N, STE 229 TARPON SPRINGS, FL 34689 | | 301,234.00 | NA | NA | 0.00 |
| 000002 | BB&T, BANKRUPTCY SECTION | 4800-000 | NA | 2,119.12 | 2,119.12 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 610,168.00 | $ 2,119.12 | $ 2,119.12 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WELCH, ANGELA | 2100-000 | NA | 1,561.22 | 1,561.22 | 1,561.22 |
| WELCH, ANGELA | 2200-000 | NA | 129.50 | 129.50 | 129.50 |
| Union Bank | 2600-000 | NA | 345.00 | 345.00 | 345.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| Atty Lash Fees Order 46 | 3210-002 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Atty lash Fees Order ODc 36 | 3210-002 | NA | 2,200.00 | 2,200.00 | 2,200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,235.72 | $ 7,235.72 | $ 7,235.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T PO BOX 2027 GREENVILLE, SC 29602 | | 0.00 | NA | NA | 0.00 |
| | CAP1/BSTBY 26525 N RIVERWOODS BLVD METTAWA, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | CAP1/BSTBY PO BOX 5253 CAROL STREAM, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | CAVALRY PORTFOLIO SERV PO BOX 27288 TEMPE, AZ 85285 | | 2,242.00 | NA | NA | 0.00 |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | 14,953.00 | NA | NA | 0.00 |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | 7,924.00 | NA | NA | 0.00 |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | CHASE/CC PO BOX 15298 WILMINGTON, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | CITGO/CBNA PO BOX 6497 SIOUX FALLS, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | CITI PO BOX 6497 SIOUX FALLS, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIFINANCIAL 300 SAINT PAUL PL BALTIMORE, MD 21202 | | 0.00 | NA | NA | 0.00 |
| | CITIFINANCIAL 300 SAINT PAUL PL BALTIMORE, MD 21202 | | 0.00 | NA | NA | 0.00 |
| | COMENITY BANK/ANNTYLR PO BOX 182273 COLUMBUS, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | COMENITY BANK/FASHBUG PO BOX 182272 COLUMBUS, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | COMENITY BANK/LNBRYANT PO BOX 182789 COLUMBUS, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | COMENITY CAPITAL/HSN 995 W 122ND AVE WESTMINSTER, CO 80234 | | 46.00 | NA | NA | 0.00 |
| | FASHION BUG/SOANB 1103 ALLEN DR MILFORD, OH 45150 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | FNB OMAHA PO BOX 3412 OMAHA, NE 68103 |  | 0.00 | NA | NA | 0.00 |
|  | MCYDSNB 9111 DUKE BLVD MASON, OH 45040 |  | 2,811.00 | NA | NA | 0.00 |
|  | MIDLAND FUNDING 8875 AERO DR STE 200 SAN DIEGO, CA 92123 |  | 12,856.00 | NA | NA | 0.00 |
|  | PAULH/CBNA PO BOX 6497 SIOUX FALLS, SD 57117 |  | 0.00 | NA | NA | 0.00 |
|  | SEARS/CBNA PO BOX 6189 SIOUX FALLS, SD 57117 |  | 0.00 | NA | NA | 0.00 |
|  | SEARS/CBNA PO BOX 6283 SIOUX FALLS, SD 57117 |  | 9,592.00 | NA | NA | 0.00 |
|  | SYNCB/DILLARDS PO BOX 965024 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | SYNCB/GAPDC PO BOX 965005 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | SYNCB/LOWES PO BOX 965005 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SYNCB/OLD NAVY PO BOX 965005 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | SYNCB/ROOMS TO GO PO BOX 965036 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | SYNCB/SAMS CLUB PO BOX 965005 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | SYNCB/WALMART PO BOX 965024 ORLANDO, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | TARGET NB PO BOX 673 MINNEAPOLIS, MN 55440 |  | 0.00 | NA | NA | 0.00 |
|  | WELLS FARGO BANK PO BOX 14517 DES MOINES, IA 50306 |  | 10,813.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE, N.A. | 7100-000 | 1,381.00 | 1,381.86 | 1,381.86 | 889.47 |
| 000004 | CAPITAL RECOVERY V, LLC | 7100-000 | 2,471.00 | 2,471.43 | 2,471.43 | 1,590.79 |
| 000003 | COUNTRY OAK ESTATES HOMEOWNERS ASSO | 7100-000 | NA | 3,909.49 | 3,909.49 | 2,516.43 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 46.23 | 46.23 | 29.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,089.00 | $ 7,809.01 | $ 7,809.01 | $ 5,026.45 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-12576 | KRM | Judge: K. RODNEY MAY |
|---|---|---|---|
| Case Name: | MAKRIS, THERESA | | |

| Trustee Name: | ANGELA WELCH, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 10/27/14 (f) |
| 341(a) Meeting Date: | 12/02/14 |
| Claims Bar Date: | 04/30/15 |

For Period Ending: 09/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead 745 Tomoka Drive Palm Harbor, FL 34683 | 301,234.00 | 31,297.00 | OA | 0.00 | FA |
| 2. Checking Account No.***692 Wells Fargo | 942.99 | 0.00 | | 0.00 | FA |
| 3. Checking Account No.***415 Wells Fargo-This is deb | 256.07 | 256.07 | | 128.03 | FA |
| 4. Savings Account No.***541 Wells Fargo-This is debt | 1,780.07 | 1,780.07 | | 883.99 | FA |
| 5. Checking Account No.***652 Wells Fargo-This is deb | 406.09 | 406.09 | | 203.04 | FA |
| 6. Savings Account No.***785 Wells Fargo-This is debt | 12.12 | 12.12 | | 12.12 | FA |
| 7. Misc. household goods | 750.00 | 0.00 | | 0.00 | FA |
| 8. Clothing & personal effects | 100.00 | 0.00 | | 0.00 | FA |
| 9. Jewelery | 100.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Nissan Altima | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 2005 Jeep Grand Cherokee This vehicle is Debtor's | 5,000.00 | 4,534.99 | | 4,534.99 | FA |
| 12. 1996 Lexus ES Windshield is shatterd and hood is c | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. CONTINGENT CLAIMS  FDC  CHASE / NCO / EGS (u) FDC-LASH-CHASE / NCO / EGS | 0.00 | 1,000.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS  FDC WF VISA (u) FDC-LASH-WF VISA | 0.00 | 1,000.00 | | 0.00 | FA |
| 15. CONTINGENT CLAIMS  FDC MACYS / Citi (u) FDC-LASH-MACYS / Citi | 0.00 | 1,000.00 | | 3,400.00 | FA |
| 16. CONTINGENT CLAIMS   FDC KOHLS (u) FDC-LASH-KOHLS | 0.00 | 1,000.00 | | 0.00 | FA |
| 17. CONTINGENT CLAIMS  FDC  ARS / Chase FDC Lash ARS  CHASE | 0.00 | 1,700.00 | | 0.00 | FA |
| 18. CONTINGENT CLAIMS FDC Midland (u) FDC Lash Midland | 0.00 | 1,500.00 | | 3,100.00 | FA |
| TOTALS (Excluding Unknown Values) | $316,581.34 | $45,486.34 | | $12,262.17 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded.  Issues:  FDC Lash, over, sent ltr

February 26, 2015, 10:16 am -letter to debtor and attorney for overage of $6989.34.  car and bank accounts not exempted on schedules.

-3/2/15 atty Lash Confirm FDC:  Chase, WF, Macys Kohls

-3/4/15 tt d atty Nick, discussed bnk acct 1/2 to d and son, d owes 1/2 bal and veh titled to d only so all there.  he to tt d and have her get lump pymt asap.

-4/15 rec'd bb, just FDC yet.

April 06, 2015, 02:38 pm Filed RNS

June 01, 2015, 03:56 pm -App/Dec and Order to Employ Lash-Order ID: 6395

-6/15 initial poc rev

July 22, 2015, 01:00 pm -Case Review...FDC only

September 03, 2015, 11:47 am NOT OF ABADONMENT

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-12576    KRM    Judge: K. RODNEY MAY | Trustee Name:   ANGELA WELCH , TRUSTEE |
| Case Name: | MAKRIS, THERESA | Date Filed (f) or Converted (c):   10/27/14 (f) |
| | | 341(a) Meeting Date:   12/02/14 |
| | | Claims Bar Date:   04/30/15 |

-11/12/15 rev case, FDC yet

-12/15 emailed atty Lash for status

-2/18/16 update per atty Lash:  Chase, WF, Citi / Macy's, Kohls.  All 4 are active.

-2/24/16 rev FDC sett Macy's / Citi:  3400:  1200e  2200a

-3/16 rev FDC sett Citi

-5/16 rec'd FDC sett Citi, other FDC pending

-6/26/16 rev FDC Correspondence RE Midland

-7/16 per atty Lash last FDC not viable, just Midland then close

-7/16 rev poc, need obj

October 12, 2016, 02:16 pm -Order on objection to Claim done August 26, 2016 Order ID: 119775

October 24, 2016, 08:57 am -Resubmitted order from Priority claim to unsecured Claim-Order ID: 122082

-10/16 rev FDC sett Midland:  3100:  1150e  1950a

November 02, 2016, 11:17 am -Proof of service on Objection to Claim 3 of Country Oaks Estates

December 07, 2016, 12:58 pm -Report of Sale

-1/18/17 rev case, just need Midland sett $

-2/17 ALL $  IN

-3/17 working on closing

-4/26/17 did TFR, sent to UST

July 10, 2017, 11:53 am -Order on ECOD-Order ID:  169364

July 12, 2017, 01:01 pm -Proof of service on ECOD

-9/13/17 lm for Karen Cox at Bush Ross RE POC 3 - ck hasn't cleared.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-12576 -KRM | | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|
| Case Name: | MAKRIS, THERESA | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6895 Checking Account |
| Taxpayer ID No: | *******4124 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 41,764,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/15 | * NOTE * | Makris | pymt pp and veh Jeep over RNS24 | 1129-000 | 5,762.17 | | 5,762.17 |
| | | | * NOTE * Properties 3, 4, 5, 6, 11 | | | | |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,747.17 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,732.17 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,717.17 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,702.17 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,687.17 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,672.17 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,657.17 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,642.17 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,627.17 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,612.17 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,597.17 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,582.17 |
| 05/15/16 | 15 | Lash & Wilcox | FDC Sett Order DOc 37 | | 1,200.00 | | 6,782.17 |
| | | LASH & WILCOX | Memo Amount: 3,400.00 | 1249-000 | | | |
| | | | FDC Sett Order DOc 37 | | | | |
| | | | Memo Amount: ( 2,200.00 ) | 3210-002 | | | |
| | | | Atty lash Fees Order ODc 36 | | | | |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,767.17 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,752.17 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,737.17 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,722.17 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,707.17 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,692.17 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,677.17 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,662.17 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,647.17 |
| 02/07/17 | 18 | Lash & Wilcox | FDC Sett Midland Order 45 | | 1,150.00 | | 7,797.17 |
| | | LASH & WILCOX | Memo Amount: 3,100.00 | 1249-000 | | | |
| | | | FDC Sett Midland Order 45 | | | | |
| | | | Memo Amount: ( 1,950.00 ) | 3210-002 | | | |
| | | | Atty Lash Fees Order 46 | | | | |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,782.17 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,767.17 |
| * 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-003 | | 15.00 | 7,752.17 |
| * 05/15/17 | | Reverses Adjustment OUT on 04/25/17 | reverse bank error | 2600-003 | | -15.00 | 7,767.17 |
| 07/12/17 | 003001 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Compensation/Fees | 2100-000 | | 1,561.22 | 6,205.95 |
| 07/12/17 | 003002 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Expenses | 2200-000 | | 129.50 | 6,076.45 |
| 07/12/17 | 003003 | Clerk, United States Bankruptcy Court United States Bankruptcy Court 801 N. Florida Ave., Ste. 555 Tampa, FL 33602-3899 | CLERK, ADVERSARY FILING FEE | 2700-000 | | 1,050.00 | 5,026.45 |
| 07/12/17 | 003004 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000001, Payment 64.37378% | 7100-000 | | 29.76 | 4,996.69 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 14-12576 -KRM | | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|
| Case Name: | MAKRIS, THERESA | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6895 Checking Account |
| Taxpayer ID No: | *******4124 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 41,764,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/17 | 003005 | Country Oak Estates Homeowners Association, Inc.<br>c/o Karen S. Cox, Esq.<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>Tampa, Florida 33602 | Claim 000003, Payment 64.36722% | 7100-000 | | 2,516.43 | 2,480.26 |
| 07/12/17 | 003006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 64.36719% | 7100-000 | | 1,590.79 | 889.47 |
| 07/12/17 | 003007 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000005, Payment 64.36759% | 7100-000 | | 889.47 | 0.00 |

| | | Account<br>*******6895 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| Memo Receipts: | 6,500.00 | | 3 Deposits | 8,112.17 | 7 | Checks | 7,767.17 |
| Memo Disbursements: | 4,150.00 | | 0 Interest Postings | 0.00 | 25 | Adjustments Out | 345.00 |
| | | | Subtotal | $ 8,112.17 | 0 | Transfers Out | 0.00 |
| Memo Allocation Net: | 2,350.00 | | | | | Total | $ 8,112.17 |
| | | | 0 Adjustments In | 0.00 | | | |
| | | | 0 Transfers In | 0.00 | | | |
| | | | Total | $ 8,112.17 | | | |

PFORM2T4

Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*